**Keith Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Lydia Anderson-Dana,** OSB No. 166167
Email: landersondana@stollberne.com
**Kevin Flannery,** OSB No. 173457
Email: kflannery@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile:  (503) 227-6840

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COLUMBIA SPORTSWEAR CO., an Oregon corporation, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM FERREIRA and DEAN RURAK, <br><br> Defendants. | Case No. 3:23-cv-00594-HZ <br><br> **JOINT STATUS REPORT** |

The parties jointly provide this status report to inform the Court that, upon Defendants' further review of Plaintiff Columbia Sportswear Co.'s ("CSC's") Motion to Amend the Complaint, *see* ECF No. 45, Defendants have consented to CSC's proposed First Amended Complaint, *see* ECF No. 45 at Ex. 1.  As a result, no further briefing is necessary with respect to

PAGE 1 -  **JOINT STATUS REPORT**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

DCAPDX\5225860.v1

ECF No. 45, *see* Fed. R. Civ. P. 15(a)(2); CSC will file the First Amended Complaint; and the parties respectfully request that the Court vacate the briefing deadlines set in ECF No. 56.

Given that the status of the complaint has been resolved, the parties will now confer about a case schedule that includes Defendants filing an answer to the Amended Complaint, completing discovery, and filing dispositive motions. The parties suggest that the Court direct the parties to file another joint status report with a suggested case schedule on or before August 20, 2024. That suggested deadline allows counsel who recently appeared for Defendant William Ferreira, *see* ECF Nos. 57-58, to continue familiarizing themselves with the case. That suggested deadline also accounts for the fact that CSC's lead counsel is currently out of the office and that shortly after CSC's lead counsel returns, Mr. Ferreira's lead counsel will be out of the office from late July through early-to-mid August. The parties respectfully request that all case deadlines remain stayed until the Court has set a new case schedule.

DATED this 19th day of July, 2024.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: *s/ Kevin Flannery*
**Keith Ketterling,** OSB No. 913368
**Lydia Anderson-Dana,** OSB No. 166167
**Kevin Flannery,** OSB No. 173457

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email:    kketterling@stollberne.com
          landersondana@stollberne.com
          kflannery@stollberne.com

*Attorneys for Plaintiff Columbia Sportswear Co.*

PAGE 2 - **JOINT STATUS REPORT**

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP


By: *s/ Allyson S. Krueger*
    **Allyson S. Krueger,** OSB No. 965199
    **Lauren J. Russell,** OSB No. 223845

851 SW Sixth Ave., Suite 1500
Portland, OR 97204-1357
Telephone: (503) 224-6440
Facsimile: (503) 224-7324
Email: akrueger@dunncarney.com
           lrussell@dunncarney.com

*Attorneys for Defendant Dean Rurak*


SAMUELS YOELIN KANTOR LLP


By: *s/ Timothy J. Resch*
    **Timothy J. Resch,** OSB No. 986617
    **Brooke M. Eide,** OSB No. 233215

111 SW Fifth Avenue, Suite 3800
Portland, OR 97204
Telephone: (503) 226-2966
Facsimile: (503) 222-2937
Email: TResch@SamuelsLaw.com
           BEide@SamuelsLaw.com

*Attorneys for Defendant William Ferreira*

PAGE 3 - **JOINT STATUS REPORT**