UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COLUMBIA SPORTSWEAR COMPANY**<br>    Plaintiff, | Case No.: 3:23−cv−00594−AB |
| v. | TRIAL MANAGEMENT ORDER |
| **WILLIAM FERREIRA, et al.**<br>    Defendant. | |

1. The Pretrial Conference is set on 6/16/2025 in Portland Courtroom 14B.

2. The Trial – Jury is set to begin on 6/23/2025 in Portland Courtroom 14B.

## First Wave of Documents Due 4 Weeks Before the Pretrial Conference

| Item | Description | Filed? | Copy?[1] |
|---|---|---|---|
| Itemized List of Economic Damages | Specify damages sought and how such damages will be proven –– i.e., through which exhibits and/or witness testimony. | Yes | Yes |
| Trial Memoranda | Provide a brief summary of all material, factual and legal contentions along with the elements of each claim and/or defense. Trial memoranda are limited to 15 pages without leave of court. | Yes | Yes |

## Second Wave of Documents Due 3 Weeks Before the Pretrial Conference

| Item | Description | Filed? | Copy? |
|---|---|---|---|
| Motions in Limine | All motions in limine shall be filed as sub−parts within a single document not to exceed 10 pages without leave of court. Responses to motions in limine (*see* third wave) shall not exceed 10 pages without leave of court. Conferral required –– *see* LR 7−1. | Yes | Yes |
| Proposed Voir Dire Questions | The court will consider granting each party a brief opportunity to follow−up on the court's questioning during voir dire. If any questioning is undertaken by counsel, it shall be restricted to areas approved by the court. | Yes | Yes |
| Proposed Verdict Form | Each party shall submit a proposed verdict form by email to the courtroom deputy in Word format. | Yes | Yes |

| | | | |
|---|---|---|---|
| Exhibits and Joint List of Exhibits and Objections to Exhibits | <u>The parties are ordered to jointly file an exhibit list that identifies (1) all stipulated exhibits that may be received without objection; and (2) all remaining exhibits to be offered by any party and a one–line summary statement of the bases for all objections to any proffered exhibit and a one–line summary statement of the response to the objection.</u><br><br><u>Copy</u> of each exhibit.<br><br>Plaintiff's exhibits shall be numbered on yellow exhibit stickers starting with "1".<br><br>Defendant's exhibits shall be numbered on blue exhibit stickers starting with "501".<br><br>The case number shall be printed on each exhibit sticker. Each exhibit shall be paginated.<br><br>**The original and judge's copy of all exhibits shall be placed into separate, three–hole binders with clearly marked index tabs, numbered for each exhibit.**<br><br><u>Original</u> exhibits themselves (including <u>original</u> impeachment exhibits[2]) are not filed but must be **given to the CRD the morning of the first day of trial**, updated to reflect rulings from the **pretrial conference**. | **DO NOT FILE EXHIBITS**<br><br>Only file Joint List of Exhibits and Objections to Exhibits | Yes |
| Joint Witness List | Jointly file a witness list that identifies all proposed trial witnesses and indicates:<br><br>1. all witnesses whose testimony may be received without objection;<br>2. all other witness testimony that will be the subject of objection together with a concise summary of the challenged testimony, a one–line statement of the admissible purposes for which that challenged testimony is proffered, and a one–line summary statement of the bases for all objections to that proffered testimony; and<br>3. an estimate of the time necessary to complete the testimony of each witness.<br><br>For each witness, denote whether the witness will testify as a lay witness or expert witness.<br><br>- For lay witnesses: list all parties, corporate representatives, and other witnesses to be called,<br>- For expert witnesses, supply a written report of each expert in accordance with the requirements | Yes | Yes |

| | | | |
|---|---|---|---|
| Identify Deposition Testimony Used In Lieu of Live Testimony | If any party intends to use a deposition in lieu of live testimony under Federal Rule of Civil Procedure 32, they shall file a list identifying the deposition that they plan to use and explain how the use of the deposition testimony is permitted under Rule 32.<br><br>*Do not file the underlying deposition designations sought to be admitted. The Court will provide further guidance on deposition designations at the pretrial conference.* | Yes | Yes |

## Third Wave of Documents Due 2 Weeks Before the Pretrial Conference

| Item | Filed? | Copy? |
|---|---|---|
| Joint list of all rebuttal witnesses and exhibits. | Yes | Yes |
| Responses to motions in limine. | Yes | Yes |
| Plaintiff and defendant shall separately submit a one–page listing of all potential witnesses. | Yes | Yes |
| Impeachment Witnesses or Exhibits: Names and statements of impeachment witnesses, and/or copies of impeachment exhibits shall be sealed and delivered to the court. | **NO – DO NOT FILE** | Yes – to court only |
| Proposed Joint Jury Instructions.<br><br>The parties shall submit a **single** set of jury instructions by email to the courtroom deputy in Word format, in the order that the parties wish them to be given.<br><br>The parties shall identify all **agreed upon** instructions as "joint" instructions. If the parties disagree as to the form or content of any instruction, two alternative proposed instructions may be submitted along with a brief analysis (which shall include any relevant legal authority) as to why one instruction should be given over the other. These **disputed instructions should be identified as to the party submitting**. | Yes | Yes |
| If there are more than 20 instructions, include an index. Where topics are covered by 9th Circuit Model Jury Instructions or by Oregon State Bar UCJI, simply indicate which number should be used. Each instruction, outside of the model, shall be on a separate sheet of paper citing authority in support of each principle. | | |

## Fourth Wave of Documents Due 2 Business Days Following Filing of the Third Wave of Documents

| Item | Description | Filed? | Copy? |
|---|---|---|---|
| Joint Ruling Chart – Motions in Limine | Attorneys to prepare and submit to the court an agreed upon chart of all motions in limine which the court is to consider | **NO – DO NOT FILE** | Yes – email to the courtroom deputy in Word format |
| **NOTE:** If rulings on motions in limine relate to objections to witnesses and/or exhibits, please cross–reference. | | | |

## Pretrial Conference

During the pretrial conference, be prepared to discuss the following:

    a. Exhibit and witness objections;

    b. What, if any, technological aids will be used to display exhibits to the jury;

    c. Deposition testimony objections;

    d. Motions in limine;

    e. Voir dire matters;

    f. Jury instructions;

    g. Verdict form; and,

    h. Settlement and/or mediation efforts.

## Two Business Days Following the Pretrial Conference

The Parties shall file updated exhibit lists and JERS thumb drive reflecting the Court's rulings from the pretrial conference.[3] The exhibit lists shall contain three columns to the right of the exhibit description labeled: "Stipulated," "Preadmitted," "Offered," and "Received," in that order. Exhibit lists containing proposed supplemental exhibits must be captioned as "First (Second...) Amended Exhibit List" and must list the proposed exhibits as well as all previous exhibits. Impeachment exhibits shall be identified on the exhibit list simply as "Impeachment Exhibit" (no further description).

**No exhibits or testimony will be received into evidence at trial, nor will any amended pleadings or supplemental jury instructions be accepted unless presented in accordance with this order. Late submissions will not be accepted absent a strong showing of good cause balanced against any prejudice to the opposing party.**

For further information on trial procedures, please refer to the Trial Court Guidelines for the District of Oregon at ord.uscourts.gov/trial–court–guidelines.

**IT IS SO ORDERED.**

**DATED** this 2nd day of January, 2025    /s/Amy M. Baggio

    Honorable Amy M. Baggio
    United States District Judge.

---

[1] All judge's copies of trial documents shall be 3–hole punched on the left side before submission. Judge's copies of documents are to be submitted the same day the original document is filed.

[2] *See* Third Wave for submission of judge's copy of impeachment exhibits.

[3] Exhibits are also to be submitted in electronic format on a thumb drive. Separate order to follow with instructions for providing the electronic exhibits for JERS.